not having taken the Proper Oaths required by Law, and therefore the s<sup>d</sup> Information ought to be Quashed and of this etc.

> J. Honyman Att pro D<sup>ts</sup>

Which Pleas if overuld the Defendants for each of themselves to Issue say they are not Guilty in Manner and Form as the Informer hath against them declared and of this etc.

> J. Honyman Att pro D<sup>fts</sup>

### Jos. Wanton Esq<sup>R</sup> vs Tho<sup>s</sup> Freebody *et al.*

16th Aug<sup>st</sup>

The Court being Opened According to Adjournm<sup>t</sup> James Martin and Thomas Potter were Sworn — The Attornies for the Def<sup>ts</sup> farther insisted that the Pl<sup>t</sup> was not Deputy Coll<sup>r</sup> and the Att<sup>ry</sup> for the Pl<sup>t</sup> insisted he was such and prayed his Hon<sup>r</sup> Judgment Upon which the Judge Allowed the s<sup>d</sup> Joseph Wanton to be Deputy Coll<sup>r</sup> Then the Attornies for the Def<sup>ts</sup> entered their plea to the Jurisdiction of the Court Which was Overruled by the Judge — and then the Court is Adjourned Until 3 a Clock P: M

### Jos. Wanton Esq<sup>R</sup> vs Thomas Freebody and others

Aug<sup>st</sup> 16th

The Court being Opened According to adjournment the parties not having their Evidences ready Moved to the Court it might be Adjourned to a farther Time Accordingly the Court is adjourned to Tuesday next the Inst<sup>t</sup> at 3 aClock P: M

### Jos. Wanton Esq<sup>R</sup> vs Thomas Freebody and ot<sup>s</sup>

Aug<sup>st</sup> 23<sup>d</sup>

Before Leonard Lockman Esq<sup>r</sup> Judge
The Court being Opened According to Adjournment — The Attornies for the Appell<sup>t</sup> moved to the Court that they might proceed in this Case which his Hon<sup>r</sup> Judge Lockman rejected and ordered all Proceedings in s<sup>d</sup> Case to be Null and Void

I have duly Considered the Libel of Joseph Wanton Esq. and likewise the Evidences, and upon the Whole, It Appears to me that Each of the Persons Mentioned in the Aforesaid Libel are Equally Concern'd in the Abusing Affronting and Insulting his Majesty's Officer in the Execution of his Office, And for so high a Crime Do order and Decree that Each of the Six Persons Viz<sup>t</sup> Thomas Freebody, William Higgins, John Ellis, Edward Johnston, Morty Kelly, and John Simon, Pay the Sum of Fifty Shillings Proclamation Money One third Part to and for the use of his Majesty One third